B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BEN S. KIM, MS, DDS, PA** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka S. BEN KIM, DDS, P.A.; aka North Blanco Family Dentistry; aka North Central Family Dentistry** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **20-5583718** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**15003 Rio Ranch Way**<br>**Helotes, TX**           ZIP CODE **78023** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**15003 Rio Ranch Way**<br>**Helotes, TX**           ZIP CODE **78023** | Mailing Address of Joint Debtor (if different from street address):           ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):           ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (4/10)**                                                                                               **Page 2**

| Voluntary Petition | Name of Debtor(s): **BEN S. KIM, MS, DDS, PA** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                                     Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                                    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **BEN S. KIM, MS, DDS, PA** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Martin Seidler
_____
**Martin Seidler**                              Bar No. **18000800**

**LAW OFFICES OF MARTIN SEIDLER**
**One Elm Place, Suite 504**
**11107 Wurzbach Road**
**San Antonio, TX  78230**

Phone No.**(210) 694-0300**        Fax No.**(210) 690-9886**

10/14/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**BEN S. KIM, MS, DDS, PA**

X  /s/ S. Ben Kim
_____
Signature of Authorized Individual

**S. Ben Kim**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

10/14/2010
_____
Date

Address
_____
X
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  **BEN S. KIM, MS, DDS, PA**                                              CASE NO

                                                                                                CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$5,400.00** |
| Prior to the filing of this statement I have received: | **$5,400.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)

   **S. Ben Kim property consisting of undivided interest in automatic weapon for bankruptcy and related corporate work  ($5,400) value attributed to bankruptcy filing.**

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☑ Other (specify)

   **S. Ben Kim**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __10/14/2010__ | __/s/ Martin Seidler__ |
| *Date* | *Martin Seidler*                    Bar No.  18000800 |
| | LAW OFFICES OF MARTIN SEIDLER |
| | One Elm Place, Suite 504 |
| | 11107 Wurzbach Road |
| | San Antonio, TX  78230 |
| | Phone: (210) 694-0300 / Fax: (210) 690-9886 |

---

__/s/ S. Ben Kim__

***S. Ben Kim***
***President***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **BEN S. KIM, MS, DDS, PA**                                      CASE NO

                                                                         CHAPTER      **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/14/2010                                    Signature    /s/ S. Ben Kim
                                                                 *S. Ben Kim*
                                                                 *President*


Date _____          Signature _____

```
Access Group Loan Servicing
804561227
P.O. Box 7450
Wilmington, DE 19803


Access Group Loan Servicing
804561227
Payment Operations
P.O. Box 822349
Philadelphia, PA 19182

ACE Cash Express, Inc.
6289557/6204564
1231 Greenway Dr., #700
Irving, TX 75038


ACE Cash Express, Inc.
6289557
11751 Blanco Rd.
San Antonio, TX 78216


Acetylene Oxygen Company
13711
822 AT & T Center Parkway
San Antonio, TX 78219


Acetylene Oxygen Company
13711
P.O. Box 430
Harlingen, TX 78551


AdvanceMe, Inc.
37957
2015 Vaughn Rd., Bldg. 500
Kennesaw, GA 30144


Aetna
82553783/001557380/9005
P.O. Box 894913
Los Angeles, CA 90189


Align Technology, Inc.
74176/165867
P.O. Box 60000
San Francisco, CA 94160
```

```
Alonso Dental Lab, Inc.
21422
P.O. Box 12543
San Antonio, TX 78212


American Express
1427848643/1427834346
P.O. Box 53852
Phoenix, AZ 85072


AOC Gas
822 AT & T Center Parkway
San Antonio, Texas  78219



AT & T Advertising
CAUSE# 354809
Kyle Neill
11550 IH-10 West, #287
San Antonio, TX 78230

AT & T Universal Card
5491-1393-3178-8217
P.O. Box 6500
Sioux Falls, SD  57117


AT & T Universal Card
5491-1393-3178-8217
c/o Citibank (South Dakota), N.A.
P.O. Box 653042
Dallas, TX 75265


AT & T Universal Card
5491-1393-3178-8217
c/o United Collection Bureau, Inc.
P.O. Box 140310
Toledo, OH 43614


AT & T Universal Card
5491-1303-0472-7522
P.O. Box 6500
Sioux Falls, SD 57117


AT & T Universal Card
8217/7522
P.O. Box 6000
The Lakes, NV 89163
```

```
AT & T Universal Card
8217/7522
P.O. Box 182564
Columbus, OH 43218


Authentic Dental Lab
c/o Gilbert E. DeLeon, atty.
9901 IH-10 West, #800
San Antonio, TX 78230


Bank of America
BAM71-074132510/5490351999768313
c/o Collectcorp Corporation
455 North 3rd St., #260
Phoenix, AZ 85004

Bank of America
5490-3510-7489-7987
P.O. Box 15026
Wilmington, DE  19850


Bank of America
7987/8081/8313/2502/0185/1745
P.O. Box 851001
Dallas, TX 75285


Bank of America
9209320/74975998458081
c/o Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043

Bank of America
74974701992502
P.O. Box 15026
Wilmington, DE 19850


Bank of America
7987/8081/8313/2502/0185/1745
P.O. Box 15102
Wilmington, DE 19850


Bank of America
5490-3510-7468-0185
P.O. Box 15026
Wilmington, DE 19850
```

```
Bank of America
1725
P.O. Box 15026
Wilmington, DE 19850


Bank of America
7987/8081/8313/2502/0185/1745
P.O. Box 15184
Wilmington, DE 19850


BEN S. KIM, MS, DDS, PA
15003 Rio Ranch Way
Helotes, TX  78023



Benco Dental Supply Co.
96116338
295 CenterPoint Blvd.
Pittston, PA 18640


Berry, Kevin Atty
River City Credit Union
242 W. Sunset Rd. #201
San Antonio, Texas  78209


Bexar Appraisal District
P.O. Box 839946
San Antonio, TX 78283



Bexar County
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205


Broadview Security
115605495
P.O. Box 660418
Dallas, TX 75266


Broadview Security
115605495
P.O. Box 631877
Irving, TX 75063
```

Broadway Bank
17702979801
P.O. Box 171250
San Antonio, TX 78217


Broadway Bank
12202979806
P.O. Box 171250
San Antonio, TX 78217


Broadway Bank
888810
P.O. Box 171250
San Antonio, TX 78217


CareCredit/GEMB
5348120284057015
P.O. Box 8726
Dayton, OH 45401


Chase
5466-0420-0823-3536
P.O. Box 15298
Wilmington, DE 19850


Chase
3536/4867/9040
P.O. Box 94014
Palatine, IL 60094


Chase
3536/4867/9040
P.O. Box 15148
Wilmington, DE 19886


Chase
9040
P.O. Box 15298
Wilmington, DE 19850


Chase/WAMU/Equable Ascent Fin.
015163589/4185874371514867
c/o Vital Recovery Services, Inc.
P.O. Box 923747
Norcross, GA 30010

```
Citi Cards
5589-5500-0554-7254
P.O. Box 6537
The Lakes, NV 88901


Citibank (South Dakota), N.A.
RD1198/5589540006635471
c/o NCO Financial Systems, Inc.
P.O. Box 15889
Wilmington, DE 19850


Citibank (South Dakota), N.A.
RD1198/5589540006635471
c/o NCO Financial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044


CitySearch.com
000947704-01-013895/5175
c/o Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082


CitySearch.com
000947704-01-013895/5175
c/o CRF Solutions
P.O. Box 1389
Simi Valley, CA 93062


Compass
4357-6092-1364-1730
Mail Code 101
15 South 20th St.
Birmingham, AL 35233


CPI Office Products
107122
P.O. Box 292130
Lewisville, TX 75029



CPS Energy
300-1880-259
P.O. Box 2678
San Antonio, TX 78289



Denmat Corp
P. O. Box 1729
Santa Maria, CA  93456
```

```
Direct Merchants Bank/HSBC
5458-0022-1196-7916
P.O. Box 5250
Carol Stream, IL 60197


Direct Merchants Bank/HSBC
5458-0022-1196-7916
P.O. Box 17313
Baltimore, MD 21297


Direct Merchants Bank/HSBC
5458-0022-1196-7916
P.O. Box 60136
City of Industry, CA 91716


Direct Merchants Bank/HSBC
31873693/5458-0022-1196-7916
c/o Enchanced Recovery Corp.
8014 Bayberry Rd.
Jacksonville, FL 32256

Direct Merchants Bank/HSBC
5458-0022-1196-7916
P.O. Box 60102
City of Industry, CA 91716


Discover
8828
P.O. Box 29033
Phoenix, AZ 85038


Discover
8828/9430
P.O. Box 30943
Salt Lake City, UT 84130


Discover
6011-0084-8312-9430
P.O. Box 29033
Phoenix, AZ 85038


Drug Valet
OS284
1505 E. Weber Dr., #103
Tempe, AZ 85281
```

```
FIA/Bank of America
8313/7987/8081/2502/0185
Bankruptcy Dept. NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410

Goldman Products, Inc.
TX1621
379 Hollow Hill Rd.
Wauconda, IL 60084


Guardian Life Insurance
5997/8989
3900 Burgess Place
Bethlehem, PA 18017


Guardian Life Insurance
5997/8989
Individual Markets Service & Admin.
P.O. Box 26100
Lehigh Valley, PA 18002

Guardian Life Insurance
5388989
6455 S. Yosemite, #300
Greenwood Vlg, CO 80112


Guardian Life Insurance
5997/8989
P.O. Box 6011
Carol Stream, IL 60197


Healthcare Finance Services
500-0087913-000/769523
P.O. Box 790448
St. Louis, MO 63179


HealthFirst Corporation
81887
22316 70th Ave. W., #A
Mountlake Terrace, WA 98043


HPSC, Inc./Jones Davis LLP
CAUSE# 09-CI-11007
Attn.: Nicole Qauttrocchi
15851 Dallas Parkway, #1220
Addison, TX  75001
```

```
HPSC/Louis Lelaurin, III
CAUSE# 09-CI-11007
8620 N. New Braunfels, #315
San Antonio, TX 78217


Intco EK LP
14855 Blanco Rd., #305
San Antonio, TX 78216



Intco EK LP
413KIM
14855 Blanco Rd., #305
San Antonio, TX 78216


Integrity Payment Systems
475076235901626
Attn.: Cathy Klatt, Coll.Specialist
1700 Higgins Rd., #690
Des Plaines, IL 60018

Internal Revenue Service
4397518086
c/o Insolvency Section
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
4397518086
Memphis, TN 37501-0039



Internal Revenue Service
4397518086
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701

Internal Revenue Service
4397518086
Attn: District Counsel
300 E. 8th Street
Austin, TX 78701

Jacobs, Ramirez & Freemen A& I
KIMBE000
8285 Fredericksburg Rd.
San Antonio, TX 78229
```

Juniper/Barclays Bank Delaware
5533
P.O. Box 8804
Wilmington, DE 19899

Laboratory Corporation of America
916337460770
c/o American Medical Collection Agency
P.O. Box 1235
Elmsford, NY 10523

Liberty Mutual
5540/1140/5340
434 N. Loop 1604 W.
San Antonio, TX 78232

Lumineers Smile Design Studio
443153
c/o DenMat Holdings, LLC
P.O. Box 1729
Santa Maria, CA 93456

Lumineers Smile Design Studio
443153
c/o DenMat Holdings, LLC
File No. 52510
Los Angeles, CA 90074

Lyon Financial Services (US.Banc)
c/o Gregory Geerdes
1313 N.E. Loop 410, #100
San Antonio, TX 78209

Lyon Financial/US Bancorp
c/o Patricia A. Kalmans
9901 IH-10 West, #460
San Antonio, TX 78230

Martin W. Seidler, Attorney At Law
One Elm Place, Suite 503
11107 Wurzbach Road
San Antonio, Texas  78230

Matsco/Wells Fargo Bank
Hanna & Plaut/Kevin Franta
211 E. 7th St. #600
Austin, TX  78701

Matsco/Wells Fargo Bank
CAUSE# 09-CI-15425
Hanna & Plaut/Kevin Franta
211 E. 7th St., #600
Austin, TX  78701

Methodist Hospital
12541975412412174
c/o West Asset Management, Inc.
P.O. Box 790113
St. Louis, MO 63179

Methodist Hospital
12541975412412174
c/o West Asset Management, Inc.
2703 N. Highway 75
Sherman,  TX 75090

North Bay Bioscience, LLC
13518
P.O. Box 232
Traverse City, MI 49685

Ozarka
0122522428
P.O. Box 856680
Louisville, KY 40285

P&G Oral Health
5585087
24808 Network Place
Chicago, IL 60673

Palmer Dental Ceramics
47
1123-A Babcock Rd., #A
San Antonio, TX 78201

Patterson Dental Supply, Inc.
12625 Wetmore Rd. #103
San Antonio, Texas  78247

Patterson Dental Supply, Inc.
CAUSE# 10-CI-12129
c/o Martina Meritz
4801 N.W. Loop 410, #525
San Antonio, TX 78229

Patterson Financial Services
92285/370463451
25031 Network Place
Chicago, IL 60673


Patterson Financial Services
92285/1627951
1031 Mendota Heights Rd.
St. Paul, MN 55120


Paychex, Inc.
71-18006310
P.O. Box 911931
Dallas, TX 75391


Paychex, Inc.
71-18006310
5253 Prue Rd., #100
San Antonio, TX 78249


Randy Walker & Co.
15551/15552/15760/15761
7800 IH-10 West, #505
San Antonio, TX 78230


Retriever Payment Services
8760290
20405 State Hwy. 249, #700
Houston, TX 77070


River City FCU
602858-SAV02.03
610 Augusta
San Antonio, TX 78215


S. Ben Kim, DDS PA


Saks Fifth Avenue
54582583
c/o Certegy Payment Recovery Svc
P.O. Box 30272
Tampa, FL 33630

Saks Fifth Avenue
54582583
c/o Certegy Payment Recovery Svc
P.O. Box 30031
Tampa, FL 33630

Saks Fifth Avenue
54582583
c/o Certegy Payment Recovery Svc
11601 Roosevelt Blvd.
St. Petersburg, FL 33716

San Antonio Business Journal
3855863
P.O. Box 32547
Charlotte, NC 28232

San Antonio Business Journal
3855863
8200 IH-10 W, #820
San Antonio, TX 78230

ShopNBC
2621380/11405867
c/o Oliphant Financial
9009 Town Center Parkway
Lakewood Ranch, FL 34202

Smit, Rebecca  /Intco
308 River Down Road
Georgetown, Tx  78628

Spectrum Club-SA
01-10-146-1243/172613
c/o Account Services
1802 N.E. Loop 410, #400
San Antonio, TX 78217

Stericycle, Inc.
001040061/2201365
P.O. Box 9001588
Louisville, KY 40290

Stericycle, Inc.
001040061
28161 N. Keith Dr.
Lake Forest, IL 60045

```
Stericycle, Inc.
001040061
c/o ARM Solutions
P.O. Box 2929
Camarillo, CA 93011

Stericycle, Inc.
001040061
c/o ARM, Inc.
1746-F S. Victoria Ave., #344
Ventura, CA 93003

Sunshine Recovery Co.
602858
17330 Lookout Rd.
Selma, TX 78154


Tax Assessor-Collector
00000-109-6993
Attn: Sylvia S. Romo
P.O. Box 839950
San Antonio, TX  78283

Texas Comptroller of Public Accounts
32035116584
9514 Console Dr., #102
San Antonio, TX 78229


Texas Comptroller of Public Accounts
32035116584
Franchise Tax Section
P.O. Box 149348
Austin, TX 78714

Texas Wired Music, Inc.
002463
Muzak of San Antonio
P.O. Box 1098
San Antonio, TX 78294

Texas Workforce Commission
101 E. 15th St.
Austin, Texas  78778


Texas Workforce Commission
101 E. 15th St.
Austin, TX  78778
```

Time Warner Cable
8260140136190313
P.O. Box 660815
Dallas, TX 75266


Tulsa Dental Products
324019637
Dentsply International, Inc.
P.O. Box 536935
Atlanta, GA 30353

U. S. Trustee
P. O. Box 1539
San Antonio, Texas 78295


Ultradent Products, Inc.
505 W. 10200 South
South Jordan, UT  84095


Ultradent Products, Inc.
16493
P.O. Box 410804
Salt Lake City, UT 84141


Ultradent Products, Inc.
16493
505 West 10200 South
South Jordan, UT 84095


USAA
0028682424/22-16422267
c/o CBCS
P.O. Box 2589
Columbus, OH 43216


USAA
0028682424/22-16422267
c/o CBCS, Department CM
250 East Town St.
Columbus, OH 43215


USAA
0028682424/81600787-65-316-510-DD1
c/o IC System
P.O. Box 64886
St. Paul, MN 55164

Water City, Inc.
1587
7015 Bandera Rd.
San Antonio, TX 78238